## THOMAS *vs.* THOMAS; COKER *vs.* THE STATE OF GEORGIA; HANIE *vs.* THE STATE OF GEORGIA.

The verdict in each of these cases was not contrary to law or evidence.

---

## COBB *vs.* PEEPLES.

The presiding judge did not err in granting a first new trial in this case.

---

## TRAMMELL *et al. vs.* MARKS *et al.;* SEWELL *vs.* EDMONDSTON.

The court did not err in refusing an injunction in each of these cases.